ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Wu & Associates, Inc. | ) | ASBCA Nos. 60149, 60150 |
| | ) | 60538, 60539 |
| | ) | |
| Under Contract No. N40085-10-D-9451 | ) | |

APPEARANCE FOR THE APPELLANT: Sean T. O'Meara, Esq.
  Archer & Greiner, P.C.
  Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Stephanie Cates-Harman, Esq.
  Assistant Director
  Russell A. Shultis, Esq.
  Senior Trial Attorney

ORDER OF DISMISSAL

Pursuant to the parties' 26 October 2016 joint stipulation of dismissal, in which they reported that they have settled this matter, these appeals are dismissed with prejudice.

Dated: 2 November 2016

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60149, 60150, 60538, 60539, Appeals of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals